UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHACONYA TAYLOR,

    Plaintiff,

v.                                          CASE NO: 8:06-cv-456-T-23TBM

MID-AMERICA APARTMENT
COMMUNITIES, INC., et al,

    Defendants.
_____/

## **ORDER**

The plaintiff's notice of voluntary dismissal (Doc. 6) of counts four, five, six, and eight is **APPROVED** and each of the counts is **DISMISSED**.  Accordingly, the motion to dismiss (Doc. 5) counts four, five, six, and eight is **DENIED AS MOOT.**

ORDERED in Tampa, Florida, on April 4, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy